SAMUEL R. GOETZ, Appellant, v. FREDERICK B. COOLEY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHARLES B. FAWCETT, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

PAUL VECCHIO, as Administrator, etc., of ROSARIO VECCHIO, Deceased, Appellant, v. JOHN BEERLY and LUCY BEERLY, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

NATHANIEL H. FULLER, as Administrator, etc., of EMOGENE H. FULLER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24003.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, Respondent, v. CLIFFORD F. BROPHY, as Executor, etc., of SALVATOR TROY, Deceased, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

CHARLES F. PICKERELL, as Administrator, etc., of ANNA MAY PICKERELL, Deceased, Respondent, v. ARTHUR H. MACGRAW, Appellant, and WILLIAM A. CALDWELL, Defendant.— Motion to amend papers denied; motion for a reargument granted solely on the question of damages. [See ante, p. 795.] Present — Sears, P. J., Edgcomb, Lewis, Cunningham, and Taylor, JJ.

In the Matter of the Application of FLORENCE NEWBORN, Appellant, for an Order of Prohibition against Hon. JOSEPH M. FEELY, Individually and as Surrogate for the County of Monroe, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Taylor, JJ.

In the Matter of the Appointment of a TRUSTEE OF THE SUPREME COURT LIBRARY in the Eighth Judicial District.— Hon. Parton Swift is appointed trustee to fill the vacancy caused by the death of A. Glenni Bartholomew, Esq.